UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMIC VENTURES LLC, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>SOMALOGIC, INC., et al.,<br><br>             Defendants. | Case No.  23-cv-02660-VC<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE REGARDING JURISDICTION** |

Plaintiff Formic Ventures LLC is ordered to file a list of its members and their residences for the purposes of determining diversity jurisdiction. The list is due by 5pm on August 22, 2023.

**IT IS SO ORDERED.**

Dated: August 21, 2023

VINCE CHHABRIA
United States District Judge